ACCEPTED
15-24-00050-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/13/2024 10:48 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-24-00050-CV

**IN THE FIFTEENTH COURT OF APPEALS**
**AUSTIN, TEXAS**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/13/2024 10:48:32 AM
CHRISTOPHER A. PRINE
Clerk

TEXAS COMMISSION ON ENVIRONMENTAL QUALITY
and GUADALUPE-BLANCO RIVER AUTHORITY,
*Appellants,*

v.

NATIONAL WILDLIFE FEDERATION,
*Appellee.*

On Appeal from the 98th Judicial District Court,
Travis County, Texas,
Cause No. D-1-GN-20-007096

**TEXAS COMMISSION ON ENVIRONMENTAL QUALITY'S**
**FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO**
**FILE APPELLANTS' REPLY BRIEFS**

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Pursuant to Tex. R. App. P. 10.5(b) and Tex. R. App. P. 38.6(d), Appellant, the Texas Commission on Environmental Quality (Commission), files this Unopposed Motion for Extension of Time to File Appellants' Reply Briefs, and in support thereof would respectfully show as follows:

1.    Appellants' reply briefs are currently due on December 31, 2024.

1

2. The Commission requests a 28-day extension for Appellants, the Commission and Guadalupe-Blanco River Authority (GBRA), to file their respective reply briefs on January 28, 2025.

3. This is the Commission's first request for an extension to file its reply brief.

4. This requested extension is needed in light of balancing counsel, staff, and clients' holiday vacation schedules, as well as counsel's workload in other pending matters. Additionally, lead counsel for the Commission will be leaving employment with the Office of the Attorney General at the end of this month. An extension is needed to effectively transition the case to new lead counsel.

5. The extension will allow counsel to adequately prepare a brief that would be helpful and informative to the Court.

6. Counsel for the Commission has conferred with counsel for Appellant GBRA and counsel for Appellee National Wildlife Federation, who **do not oppose** the requested extension of time.

7. This extension is not sought for purposes of delay, but so that justice may be done.

**PRAYER**

For these reasons, Appellant the Commission respectfully requests that the Court grant this motion to extend the time for filing Appellants the Commission and GBRA's reply briefs until January 28, 2025.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

KELLIE E. BILLINGS-RAY
Chief, Environmental Protection Division

*/s/ Erin K. Snody*
ERIN K. SNODY
Assistant Attorney General
State Bar No. 24093056
Erin.Snody@oag.texas.gov

KATIE B. HOBSON
Assistant Attorney General
State Bar No. 24082680
Katie.Hobson@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512) 320-0911

ATTORNEYS FOR TEXAS COMMISSION
ON ENVIRONMENTAL QUALITY

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(a)(5), I certify that I have conferred with counsel for all parties to this case regarding this Unopposed Motion for Extension of Time to File Appellants' Reply Briefs, and they have apprised me that their clients do not oppose extending the deadlines for briefing as explained in the motion.

*/s/ Erin K. Snody*
Erin K. Snody

## CERTIFICATE OF SERVICE

On December 13, 2024, a true and correct copy of the ***Unopposed Motion for Extension of Time to File Appellants' Reply Briefs*** was served upon the following counsel of record by email or the Court's electronic filing manager:

Marisa Perales
marisa@txenvirolaw.com
PERALES, ALLMON & ICE, P.C.
1206 San Antonio Street
Austin, Texas 78701

***Counsel for Appellee National Wildlife Federation***

Samia Broadaway
Samia.Broadaway@bakerbotts.com
Molly Cagle
Molly.Cagle@bakerbotts.com
John Ormiston
John.Ormiston@bakerbotts.com
BAKER BOTTS L.L.P.
401 S. 1st Street, Suite 1300
Austin, Texas 78704

Macey Reasoner Stokes
Macey.Stokes@bakerbotts.com
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, Texas 77002

***Counsel for Appellant Guadalupe-Blanco River Authority***

/s/ Erin K. Snody
ERIN K. SNODY

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Laura Courtney on behalf of Erin Snody
Bar No. 24093056
laura.courtney@oag.texas.gov
Envelope ID: 95289146
Filing Code Description: Motion
Filing Description: Texas Commission on Environmental Quality's First Unopposed Motion for Extension of Time to File Appellants Reply Briefs
Status as of 12/13/2024 11:22 AM CST

Associated Case Party: Guadalupe-Blanco River Authority

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Macey ReasonerStokes | | macey.stokes@bakerbotts.com | 12/13/2024 10:48:32 AM | SENT |
| Molly Cagle | 3591800 | molly.cagle@bakerbotts.com | 12/13/2024 10:48:32 AM | SENT |
| Samia Broadaway | 24088322 | samia.broadaway@bakerbotts.com | 12/13/2024 10:48:32 AM | SENT |
| John Ormiston | 24121040 | john.ormiston@bakerbotts.com | 12/13/2024 10:48:32 AM | SENT |

Associated Case Party: National Wildlife Federation

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marisa Perales | 24002750 | marisa@txenvirolaw.com | 12/13/2024 10:48:32 AM | SENT |
| Claire Hamerlinck | | claire@txenvirolaw.com | 12/13/2024 10:48:32 AM | SENT |

Associated Case Party: Texas Commission on Environmental Quality

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Erin Snody | | erin.snody@oag.texas.gov | 12/13/2024 10:48:32 AM | SENT |
| Katie B.Hobson | | katie.hobson@oag.texas.gov | 12/13/2024 10:48:32 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Laura Courtney | | laura.courtney@oag.texas.gov | 12/13/2024 10:48:32 AM | SENT |